McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8955
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHANDRA TARA AGANS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:20-cv-00508-AC<br><br>STIPULATION FOR AN EXTENSION OF TIME; [~~PROPOSED~~] ORDER |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgement be extended thirty (30) days from September 14, 2020, up to and including October 14, 2020.  This is the parties' first stipulation for an extension, and this case was previously stayed pursuant to General Order 615 pending the Commissioner's preparation of the certified administrative record (Dkt. 9).  Defendant requests this extension in order to further consider the issues raised in Plaintiff's Motion for Summary Judgment and coordinate with senior attorneys to review the Commissioner's draft brief.  This matter was recently assigned to the undersigned counsel following the departure of the assigned defense counsel (Dkt. 15 [September 8, 2020 notice of appearance]).

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  September 11, 2020  /s/ *Lawrence D. Rohlfing*
(*as authorized via e-mail on September 11, 2020)
LAWRENCE D. ROHLFING
Attorney for Plaintiff

DATED: September 11, 2020  McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Ellinor R. Coder*
ELLINOR R. CODER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 14, 2020, to respond to Plaintiff's Opening Brief.

DATED: September 11, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:20-cv-00508-AC        2