UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHANDRA TARA AGANS,<br>    Plaintiff,<br>v.<br>ANDREW SAUL,<br>Commissioner of Social Security,<br>    Defendant. | CIVIL NO. 2:20-cv-00508-AC<br><br>[~~PROPOSED~~] **ORDER GRANTING EXCESS PAGES** |

Considering Defendant's Motion for Excess Pages, and for good cause appearing, IT IS SO ORDERED that the Commissioner may file a 26-page brief in support of the Commissioner's Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion for Summary Judgment (Dkt. 18).

DATED: October 9, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE